IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


COMMISSIONER OF PATENTS,
        Washington, D.C. 20231

DEAR COMMISSIONER:

      In compliance with Title 15, Chapter 22, U.S.C., §1116, you are advised that there was filed on the 21st day of June, 2002, in this court an action, No. 02-4029, entitled:

| | |
|---|---|
| NAME | EVERYTHING PETS, INC. |
| ADDRESS | 1144 TREELINE DRIVE |
| | ALLENTOWN, PA  18103 |

versus

| | |
|---|---|
| NAME | MARK KAPPAUF |
| ADDRESS | 37 PARK STREET |
| | NAZARETH, PA  18064 |

involving the following registered trademark(s):

| | | |
|---|---|---|
| Pooch & Kitty and design | No. 1,641,631 | filed December 8, 1989 |

Date June 21, 2002

                                    By:_____
                                    ADRIENNE MANN, Deputy Clerk

civ649.frm